UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,
　　　　Plaintiff,

v.

Case Number 8:06PO2

USM Number 19585-047

PAUL F. GALLAGHER,
　　　　Defendant.

Charles R. Hannan
James C. Webering
Defendant's Attorneys

_____

JUDGMENT IN A CRIMINAL CASE
(For a Petty Offense)

**THE DEFENDANT** pleaded guilty to Count I of the Information on 04/20/2006.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title, Section & Nature of Offense | Date Offense Concluded | Count Number |
|---|---|---|
| 18:1382 ENTERING MILITARY/NAVAL/COAST GUARD PROPERTY | December 28, 2005 | I |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Following the imposition of sentence, the Court advised the defendant of his right to appeal pursuant to the provisions of Fed. R. Crim. P. 32 and the provisions of 18 U.S.C. § 3742 (a) and that such Notice of Appeal must be filed with the Clerk of this Court within ten (10) days of this date.

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

　　　　　　　　　　　　　　　　　　　　Date of Imposition of Sentence:
　　　　　　　　　　　　　　　　　　　　April 20, 2006

　　　　　　　　　　　　　　　　　　　　s/ Thomas D. Thalken
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

　　　　　　　　　　　　　　　　　　　　Signed on:  April 24, 2006

Defendant: PAUL F. GALLAGHER                                                                                         Page 2 of 3
Case Number: 8:06PO2

## PROBATION

The defendant is hereby sentenced to unsupervised probation for a term of **2 Years**.

## SPECIAL CONDITIONS OF PROBATION

1. **As a condition of unsupervised probation the defendant will not reenter or enter into a military installation without the express written consent or express consent of the base commander during the term of probation.**

2. **As a condition of unsupervised probation the defendant will not commit another federal, state, or local crime.**

Defendant: PAUL F. GALLAGHER                                                                                            Page 3 of 3
Case Number: 8:06PO2

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in this judgment.

| **Total Assessment** | **Total Fine** | **Total Restitution** |
|---|---|---|
| $10.00 | $100.00 | |

## SCHEDULE OF PAYMENTS

The defendant shall pay the special assessment in the amount of $10.00 and the fine in the amount of $100.00 no later than May 19, 2006. Payment should be made to the Clerk of the U.S. District Court, 111 South 18th Plaza, Suite 1152, Omaha, NE 68102-1322.

---

CLERK'S OFFICE USE ONLY:

ECF DOCUMENT

I hereby attest and certify this is a printed copy of a
document which was electronically filed with the
United States District Court for the District of Nebraska.

Date Filed:_____

DENISE M. LUCKS, CLERK

By _____Deputy Clerk